IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02744-PAB-MEH

MICHAEL REDFERN,

      Plaintiff,

v.

DENVER AUTOMOTIVE GROUP, INC., d/b/a Empire Lakewood Nissan, and
WEAVER-BEATTY MOTOR COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2013.**

      The "Joint" Motion for Entry of Stipulated Protective Order [filed January 22, 2013; docket #21] is **granted**. The parties' proposed Stipulated Protective Order is accepted and issued contemporaneously with this minute order.