IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02744-RM-MEH

MICHAEL REDFERN,

    Plaintiff,

v.

DENVER AUTOMOTIVE GROUP, INC., d/b/a Empire Lakewood Nissan, and
WEAVER-BEATTY MOTOR COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2013.**

    The Joint Motion to Amend Scheduling Order [filed August 12, 2013; docket #34] is **denied without prejudice** for the following reasons. First, the proposed deadlines conflict with the already scheduled Final Pretrial Conference, which ideally is set at least two months after the dispositive motions deadline. The parties fail even to mention the conference setting.

    Second, a mere mention of counsels' busy schedules typically will not constitute good cause for an extension of time. *See Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001) (the "good cause" standard requires the moving party to show that despite his diligent efforts, he could not have reasonably met the scheduled deadline). In this single-plaintiff case, the Court permitted eight months of discovery (two months longer than the presumptive six months) at the outset of the case; thus, the parties must demonstrate good cause pursuant to prevailing case law for their requested 45-day extensions.