**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02744-RM-MEH

MICHAEL REDFERN,

    Plaintiff,

v.

DENVER AUTOMOTIVE GROUP, INC.,
dba EMPIRE LAKEWOOD NISSAN; and
WEAVER-BEATTY MOTOR COMPANY,

    Defendants.

___

**ORDER RE: STIPULATION FOR DISMISSAL, WITH PREJUDICE**
___

This matter comes before this Court on the Parties' Stipulation for Dismissal, With Prejudice (ECF No. 48). The Court, having reviewed the Stipulation, HEREBY ORDERS that this matter be dismissed with prejudice, with all parties to pay their own costs and attorneys' fees.

DATED this 24th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge